IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LESTER LESAVOY AND LINDA LESAVOY,<br><br>　　　　Debtors,<br>_____ / | No. C 10-03513 JSW<br><br>**ORDER TO SHOW CAUSE** |

　　　　On August 9, 2010, Debtors, Lester and Linda Lesavoy ("Appellants"), filed a Notice of Appeal of an Order of the Bankruptcy Court nullifying an automatic stay. (Docket No. 1.) On November 15, 2010, the Court issued a briefing schedule, which required Appellants to file their opening brief by December 15, 2010. (Docket No. 4.) Pursuant to that Order, Appellee's were required to file an serve their brief "20 days after service of" Appellants' brief. (*Id.*)

　　　　Appellants' filed their opening brief on December 3, 2010. Appellees have not filed a responsive brief within the time required by the Court's briefing schedule. However, a review of the docket indicates that Appellee's counsel may not have received electronic notice of any of these filings.

　　　　Accordingly, it is HEREBY ORDERED that Appellants' counsel shall serve a copy of this Order on Appellees by no later than March 4, 2011, and to file proof of such service with the Court.

　　　　Appellees are HEREBY ORDERED TO SHOW CAUSE why this Court should not treat Appellants' motion as unopposed and reverse the Bankruptcy Court's decision. Appellees' response to this Order to Show Cause shall be due by no later than April 1, 2011.

Appellees are HEREBY ADVISED that if they fail to file a timely response to this Order to Show Cause, the Court shall take the matter under submission, which may result in the Court issuing an opinion that would reverse the Bankruptcy Court's decision.

**IT IS SO ORDERED.**

Dated: February 25, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE