**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LESTER LESAVOY AND LINDA LESAVOY,<br><br>　　　　Debtors,<br>_____/ | No. C 10-03513 JSW<br><br>**ORDER RE SETTLEMENT AND DISMISSAL** |

On March 17, 2011, this Court received notice of the settlement of this action. On April 1, 2011, the Court received a letter from Appellee's counsel indicating the matter has been settled since December of 2010. The Court requires a filing of dismissal of this action by no later than April 22, 2011. If the Court has not received a dismissal of this action, it shall hold a status conference on May 6, 2011 at 1:30 p.m. requiring the appearance of all counsel to explain the delay in resolving this matter expeditiously on the Court's docket.

**IT IS SO ORDERED.**

Dated: April 4, 2011

　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE