IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LESTER LESAVOY AND LINDA LESAVOY,<br><br>Debtors,<br>_____/ | No. C 10-03513 JSW<br><br>**ORDER RE SETTLEMENT AND DISMISSAL** |

On March 17, 2011, this Court received notice of the settlement of this action. On April 1, 2011, the Court received a letter from Appellee's counsel indicating the matter has been settled since December of 2010. The Court requires a filing of dismissal of this action by no later than May 31, 2011. If the Court has not received a dismissal of this action, it shall hold a status conference on June 10, 2011 at 1:30 p.m. requiring the appearance of all counsel to explain the delay in resolving this matter expeditiously on the Court's docket.

**IT IS SO ORDERED.**

Dated: May 23, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE