IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LESTER LESAVOY AND LINDA LESAVOY,<br><br>    Debtors,<br>_____/ | No. C 10-03513 JSW<br><br>**ORDER TO SHOW CAUSE** |

On May 23, 2011, this Court issued an order requiring either a stipulation of dismissal from the parties following settlement by no later than May 31, 2011, or the appearance of all counsel to explain the delay in resolving this matter expeditiously on the Court's docket. Having not received a dismissal, the Court held the status conference on June 10, 2011. No one appeared.

Accordingly, counsel are HEREBY ORDERED TO SHOW CAUSE in writing no later than June 24, 2011, as to why this case should not be dismissed for failure to prosecute and why both counsel should not be sanctioned in the amount of $500 for failure to appear. Failure to respond to this Order by **June 24, 2011** shall result in dismissal of this matter with prejudice and the imposition of monetary sanctions.

**IT IS SO ORDERED.**

Dated: June 10, 2011

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE