IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LESTER LESAVOY AND LINDA LESAVOY,<br><br>Debtors,<br>_____/ | No. C 10-03513 JSW<br><br>**ORDER OF DISMISSAL AND ORDER IMPOSING SANCTIONS** |

  On May 23, 2011, this Court issued an order requiring either a stipulation of dismissal from the parties following settlement by no later than May 31, 2011, or the appearance of all counsel to explain the delay in resolving this matter expeditiously on the Court's docket. Having not received a dismissal, the Court held the status conference on June 10, 2011. No one appeared. Accordingly, on June 10, 2011, the Court issued an order to show cause, requiring the parties to show cause why this case should not be dismissed for failure to prosecute and why both counsel should not be sanctioned in the amount of $500 for failure to appear. The Court noted that failure to respond to this Order by **June 24, 2011** shall result in dismissal of this matter with prejudice and the imposition of monetary sanctions.

//
//
//
//
//
//

There has been no response to the Court's Order to Show Cause. Accordingly, this matter is HEREBY DISMISSED for failure to prosecute, and sanctions in the amount of $500.00 are imposed on both counsel. These sanctions shall be paid to the Clerk of the Court by no later than July 22, 2001.

**IT IS SO ORDERED.**

Dated: July 12, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE